UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 29, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN SAHID FAVELA

Defendant.

Case No. 2:20-cr-00011-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release BRYAN SAHID FAVELA Case No. 2:20-cr-00011-JAM Charges 21 USC § 846 from custody for the following reasons:

____  Release on Personal Recognizance

____  Bail Posted in the Sum of $ _____

X  Unsecured Appearance Bond $ 25,000 (co-signed by Maria Favela)

____  Appearance Bond with 10% Deposit

____  Appearance Bond with Surety

____  Corporate Surety Bail Bond

X  (Other): Pretrial Supervision conditions as stated on the record in open court. Third party custody of Maria Favela.

Issued at Sacramento, California on January 29, 2020 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman