1 | MᴄGREGOR W. SCOTT
United States Attorney
2 | JUSTIN L. LEE
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00011-JAM |
| 12            Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| 13        v. | |
| 14    JONATHAN NOEL BELTRAN-OCHOA, BRYAN SAHID FAVELA, | DATE: March 17, 2020 |
| 15    ANGEL GIOVANI BELTRAN, AND ISAIAH MEZA, | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| 16           Defendants. | |
| 17 | |

18

19

**STIPULATION**

20

        1.       By previous order, this matter was set for status on March 17, 2020.

21

        2.       By this stipulation, defendants now move to continue the status conference

22

until May 12, 2020 at 9:15 a.m., and to exclude time between March 17, 2020, and May

23

12, 2020, under Local Code T4.

24

        3.       The parties agree and stipulate, and request that the Court find the

25

following:

26

             a)       The government has represented that the discovery associated with

27

this case includes investigative reports, photographs, and audio recordings. All of

28

this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

b)      Counsel for the defendants desire additional time to consult with their clients, review the charges and discovery, conduct defense investigation, and otherwise prepare for trial.

c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2020 to May 12, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: March 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney


Dated: March 13, 2020

/s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
ISAIAH MEZA

Dated: March 13, 2020

/s/ KYLE R. KNAPP
KYLE R.KNAPP
Counsel for Defendant
ANGEL BELTRAN

Dated: March 13, 2020

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
BRYAN SAHID FAVELA

Dated: March 13, 2020

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
JONATHAN BELTRAN-OCHOA


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of March, 2020.


/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE