1   McGREGOR W. SCOTT
United States Attorney
2   JUSTIN L. LEE
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for Plaintiff
United States of America
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            CASE NO.  2:20-CR-00011-JAM

12                     Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
13             v.                         ACT; FINDINGS AND ORDER

14   JONATHAN NOEL BELTRAN-OCHOA,         DATE: May 12, 2020
     BRYAN SAHID FAVELA,                  TIME:  9:15 a.m.
15   ANGEL GIOVANI BELTRAN, AND           COURT: Hon. John A. Mendez
     ISAIAH MEZA,
16
                      Defendants.
17

18                            **STIPULATION**

19
        1.      By previous order, this matter was set for status on May 12, 2020.
20
        2.      By this stipulation, defendants now move to continue the status conference
21
until July 14, 2020 at 9:15 a.m., and to exclude time between May 12, 2020, and July 14,
22
2020, under Local Code T4.
23
        3.      The parties agree and stipulate, and request that the Court find the
24
following:
25
        a)      The government has represented that the discovery associated with
26
this case includes investigative reports, photographs, and audio recordings.  All of
27
this discovery has been either produced directly to counsel and/or made available
28
for inspection and copying.

b)      Counsel for the defendants desire additional time to consult with their clients, review the charges and discovery, conduct defense investigation, and otherwise prepare for trial.

c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 12, 2020 to July 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  May 7, 2020                McGREGOR W. SCOTT
                                      United States Attorney

8

9                                     /s/ JUSTIN L. LEE
                                      JUSTIN L. LEE

10                                    Assistant United States Attorney

11

12  Dated:  May 7, 2020               /s/ MICHAEL D. LONG
                                      MICHAEL D. LONG

13                                    Counsel for Defendant
                                      ISAIAH MEZA

14  Dated:  May 7, 2020               /s/ KYLE R. KNAPP
                                      KYLE R.KNAPP

15                                    Counsel for Defendant
                                      ANGEL BELTRAN

16  Dated:  May 7, 2020               /s/ ETAN ZAITSU
                                      ETAN ZAITSU

17                                    Counsel for Defendant
                                      BRYAN SAHID FAVELA

18  Dated:  May 7, 2020               /s/ CLEMENTE JIMENEZ
                                      CLEMENTE JIMENEZ

19                                    Counsel for Defendant
                                      JONATHAN BELTRAN-OCHOA

20

21              **FINDINGS AND ORDER**

22    IT IS SO FOUND AND ORDERED this 7th day of May, 2020.

23

24                                    /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ

25                                    UNITED STATES DISTRICT COURT JUDGE

26

27

28