PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-00011-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JONATHAN NOEL BELTRAN-OCHOA, BRYAN SAHID FAVELA, AND ANGEL GIOVANI BELTRAN, | DATE: April 27, 2021 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.    By previous order, this matter was set for status on April 27, 2021.

2.    By this stipulation, defendants now move to continue the status conference until July 27, 2021, and to exclude time between April 27, 2021, and July 27, 2021, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for the defendants desire additional time to consult with their clients, review the charges and discovery, conduct defense investigation, and otherwise prepare for trial.

c)     Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2021, to July 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 22, 2021                          PHILLIP A. TALBERT
                                               Acting United States Attorney


                                               /s/ JUSTIN L. LEE
                                               _____
                                               JUSTIN L. LEE
                                               Assistant United States Attorney

Dated:  April 22, 2021                          /s/ KYLE R. KNAPP
                                               _____
                                               KYLE R.KNAPP
                                               Counsel for Defendant
                                               ANGEL BELTRAN

Dated:  April 22, 2021                          /s/ ETAN ZAITSU
                                               _____
                                               ETAN ZAITSU
                                               Counsel for Defendant
                                               BRYAN SAHID FAVELA

Dated:  April 22, 2021                          /s/ CLEMENTE JIMENEZ
                                               _____
                                               CLEMENTE JIMENEZ
                                               Counsel for Defendant
                                               JONATHAN BELTRAN-OCHOA


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of April, 2021.


                                               /s/ John A. Mendez
                                               _____
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE