Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
BRYAN FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>BRYAN FAVELA,<br><br>             Defendant. | Case No.: 2:20-CR-00011 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

      IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Bryan Favela, and Justin Lee, Assistant United States Attorney, that the following condition be added to defendant's Special Conditions of Release (ECF Dkt. No. 39, 60) as #13:

      "13. You must participate in the substance abuse treatment program at Turning Point inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the Pretrial Services officer;

         a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing."

1

**Stipulation For Modification of Pretrial Release Condition**

This modification has been recommended by Pretrial Services due to the Defendant's recent drug use and noncompliance. Pretrial Services is recommending residential substance abuse treatment, in lieu of filing a violation petition, based on its assessment that it is necessary and appropriate to ensure the defendant obtains the counseling services he may need at this time. All parties are in agreement with this condition.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and order the 2nd Modified Special Conditions Release, attached hereto, filed and made a part of the record herein.

IT IS SO STIUPULATED

Dated: July 8, 2021

Respectfully submitted,

/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
BRYAN FAVELA

Dated: July 8, 2021

/s/ Justin Lee
JUSTN LEE
Assistant U.S. Attorney

**Stipulation For Modification of Pretrial Release Condition**

**[~~PROPOSED~~] ORDER**

Based upon the foregoing stipulation of the parties, the recommendation by Pretrial Services, and good cause appearing, the Court orders the modification of Defendant's Special Conditions of Release as set forth above. The 2nd Modified Special Conditions of Release is ordered filed and made part of the record. All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated: July 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation For Modification of Pretrial Release Condition**

# 2nd MODIFIED SPECIAL CONDITIONS OF RELEASE

Re: Bryan Favela
No.: 2:20-CR-00011 JAM
Date: January 29, 2020 (original)
Date: June 11, 2020 (1st modification)
Date: July 8, 2021 (2nd modification)

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are released to the third-party custody of Maria Favela;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Central District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must seek and/or maintain verifiable employment and provide proof of same as requested by your pretrial services officer;

8. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

10. You must not associate or have any contact with any co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

**Stipulation For Modification of Pretrial Release Condition**

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

13. You must participate in the substance abuse treatment program at Turning Point inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

     a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.

**Stipulation For Modification of Pretrial Release Condition**