Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
BRYAN FAVELA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>BRYAN SAHID FAVELA,<br><br>                              Defendant. | Case No.: 2:20-CR-00011 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

## STIPULATION

1. By previous order, this matter was set for status on July 27, 2021.

2. By this stipulation, defendant now moves to continue the status conference until October 26, 2021, and to exclude time between July 27, 2021, and October 26, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings. All of this

1

**Stipulation and Order Continuing Status Conference**

discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendant desires additional time to consult with his client, review the charges and discovery, conduct defense investigation, and continue engaging in plea negotiations.

c. Counsel for the defendant believe that failure to grant the above- requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2021, to October 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///

2

**Stipulation and Order Continuing Status Conference**

Respectfully submitted,

Dated: July 26, 2021                          /s/ *Etan Zaitsu* for_____
                                              ETAN ZAITSU
                                              Attorney for Defendant
                                              BRYAN FAVELA

Dated: July 26, 2021                          /s/ Justin Lee_____
                                              JUSTIN LEE
                                              Assistant United States Attorney

## FINDINGS & ORDER

IT IS SO FOUND AND ORDERED this 26th day of July, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

**Stipulation and Order Continuing Status Conference**