Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
BRYAN FAVELA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRYAN SAHID FAVELA,<br><br>　　　　　Defendant. | Case No.: 2:20-CR-00011 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

**STIPULATION**

1. By previous order, this matter was set for status on January 11, 2022.

2. By this stipulation, defendant now moves to continue the status conference until March 8, 2022 at 9:30 AM, and to exclude time between January 11, 2022, and March 8, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings. All of this

        discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b. Counsel for the defendant desires additional time to consult with his client, review the charges and discovery, conduct defense investigation, and continue engaging in plea negotiations.

    c. Counsel for the defendant believes that failure to grant the above- requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2022 to March 8, 2022 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

**Stipulation and Order Continuing Status Conference**

Respectfully submitted,

Dated: January 7, 2022            /s/ *Etan Zaitsu* for_____
                                  ETAN ZAITSU
                                  Attorney for Defendant
                                  BRYAN FAVELA


Dated: January 7, 2022            /s/ Justin Lee_____
                                  JUSTIN LEE
                                  Assistant United States Attorney


**FINDINGS & ORDER**

IT IS SO FOUND AND ORDERED this 7th day of January, 2022.



                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order Continuing Status Conference**