Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
BRYAN FAVELA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN FAVELA,

Defendant.

Case No.: 2:20-CR-00011

**REQUEST TO SEAL FINAL REPORT BY DR. JENNIE SINGER, PH.D IN SUPPORT OF SENTENCING HEARING**

Defendant Bryan Favela, by and through his undersigned counsel, requests that the "Final Report by Psychologist Jennie Singer, Ph.D." in support of the sentencing hearing currently scheduled for August 30, 2022, be filed under seal. Sealing is sought to protect the private medical nature of the documents.

Pursuant to Local Rules 141(b), the total number of pages submitted for sealing is 9. Sealing is sought until further order of the Court, to protect the private medical nature of the documents, and is consistent with the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). Only the U.S. Attorney's Office, U.S. Probation, and the Court are permitted access. A digital copy of the report has been emailed Probation and the government.

/////

/////

Dated: July 15, 2022

/s/ *Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
BRYAN FAVELA

**ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Defendant's "Final Report by Dr. Jennie Singer, Ph.D" shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's documents serves a compelling interest.

IT IS SO ORDERED.

Dated: July 15, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE